# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148721(27)(28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 148721
                                           COA: 318658
                                           Oakland CC: 05-202583-FC

TERRENCE TERRELL MOORE,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion for miscellaneous relief is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



p0126

                                            Clerk